1 THOMAS E. FRANKOVICH (State Bar #074414)
JESSICA A. DAYTON (State Bar #231698)
2 THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
3 2806 Van Ness Avenue
San Francisco, CA   94109
4 Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

*E-FILED - 11/16/05*

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CASA MEDINA; ARTURO MEDINA; MAGDALENA MEDINA; and MEDINA RIVERA ENTERPRISES, INC., a California corporation, dba CASA MEDINA,<br><br>    Defendants. | **CASE NO. C04-1947 RMW**<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL AND TRIAL DATES** |

The parties, by and through their attorneys of record, hereby file this stipulation to continue the pretrial and trial dates.

WHEREAS the trial in the above-captioned matter is currently on calendar for January 24, 2006; and

WHEREAS the pre-trial conference is set for January 5, 2006 at 2 p.m.; and

WHEREAS plaintiffs' counsel has a conflict with the trial date due to long-standing travel plans; and

WHEREAS all parties are available to conduct a trial on April 25, 2006, May 2, 2006, or May 9, 2006;

STIPULATION AND ORDER CONTINUING PRE-TRIAL AND TRIAL DATES

1  THE PARTIES HEREBY STIPULATE AND REQUEST:

2  THAT the trial date currently on calendar for January 24, 2006 be continued to April 25,

3  2006, May 2, 2006, or May 9, 2006.

4  IT IS SO STIPULATED.

5  Dated: November 1, 2005                    THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*
6

7
                                              By:  /s/
8                                                  Jessica A. Dayton
                                              Attorneys for Plaintiffs JAREK MOLSKI
9                                             and DISABILITY RIGHTS ENFORCEMENT,
                                              EDUCATION SERVICES
10

11 Dated: November 1, 2005                    LAW OFFICES OF KELLY LYNCH

12

13                                            By:  /s/
                                                   Kelly L. Lynch
14                                            Attorneys for Defendant ARTURO MEDINA;
                                              MAGDALENA MEDINA; and MEDINA RIVERA
15                                            ENTERPRISES, INC.

16                                            **ORDER**

17  The pre-trial conference is continued to April 13, 2006 at 2:00 p.m.  The trial is hereby

18 continued to April 24, 2006 at 1:30 p.m.

19

20  Dated: 11/16/05                           /s/ Ronald M. Whyte
                                              Hon. Ronald M. Whyte
21                                            UNITED STATES DISTRICT JUDGE