IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAREK MOLSKI, et al.,

        Plaintiffs,

  v.

CASA MEDINA, et al.,

        Defendants.

*E-FILED - 8/24/07*

CASE NO.:C-04-01947-RMW

**ORDER OF DISMISSAL**

The Court having been advised on April 13, 2006 that this case has been settled and no party having advised that the settlement has fallen through.

It is hereby ordered that this case is dismissed with prejudice.

The Clerk may close the file.

DATED: August 24, 2007

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28